1  RUSS M. FUKANO (SBN 114166)
   Email: rfukano@troygould.com
2  KENNETH J. MACARTHUR (SBN 175906)
   Email: kmacarthur@troygould.com
3  TROYGOULD PC
   1801 Century Park East, 16th Floor
4  Los Angeles, CA 90067-2367
   Telephone:  (310) 553-4441
5  Facsimile:  (310) 201-4746

6  Attorneys for Defendants
   Caliber Home Loans, Inc., and U.S. Bank Trust, N.A.,
7  as Trustee for LSF9 Master Participation Trust

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | LINDA R. RODEMSKY, | Case No. 4:16-cv-05060-YGR |
|---|---|---|
| 12 | Plaintiff, | ORDER GRANTING STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE |
| 13 | v. | |
| 14 | MTC FINANCIAL INC.; CALIBER HOME LOANS, INC.; U.S. BANK TRUST, N.A., as Trustee for LSF9 Master Participation Trust; TRUSTEE CORPS; HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA and DOES 1 through 35, inclusive, | Assigned To: Hon. Yvonne Gonzalez Rogers |
| 15 | | Compliance Hearing: Date: May 12, 2017 Time: 9:01 a.m. |
| 16 | | |
| 17 | Defendants. | |

**TroyGould PC**

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

01425-0245 293839.1

This Stipulation is entered into between Plaintiff Linda R. Rodemsky ("Plaintiff"), on the one hand, and Defendants Caliber Home Loans, Inc. and U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("Defendants"), by and through their attorneys, on the other hand.

IT IS HEREBY STIPULATED as follows:

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate to voluntarily dismiss the entirety of the above-entitled action, with prejudice.

This stipulation has been signed by all parties to this action who have appeared before this Court in this action.[1]

IT IS SO STIPULATED.

Dated: April 28, 2017　　　　　　　　　　LINDA R. RODEMSKY

　　　　　　　　　　　　　　　　　　　　By: /s/ Linda R. Rodemsky
　　　　　　　　　　　　　　　　　　　　　　Linda R. Rodemsky
　　　　　　　　　　　　　　　　　　　　Plaintiff In Pro Per

Dated: April 28, 2017　　　　　　　　　　RUSS M. FUKANO
　　　　　　　　　　　　　　　　　　　　KENNETH J. MACARTHUR
　　　　　　　　　　　　　　　　　　　　TROYGOULD PC

　　　　　　　　　　　　　　　　　　　　By: /s/ Kenneth J. MacArthur
　　　　　　　　　　　　　　　　　　　　　　Kenneth J. MacArthur
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Caliber Home
　　　　　　　　　　　　　　　　　　　　Loans, Inc., and U.S. Bank Trust, N.A., as
　　　　　　　　　　　　　　　　　　　　Trustee for LSF9 Master Participation
　　　　　　　　　　　　　　　　　　　　Trust

---

[1] The only other named party is defendant MTC Financial Inc. dba Trustee Corps (erroneously named as MTC Financial Inc, and Trustee Corps). That entity filed a Declaration of Non-Monetary Status in state court on or about August 16, 2016, prior to the September 1, 2016 removal of this action to this Court.

ORDER

Based upon the foregoing, this action is DISMISSED IN ITS ENTIRETY, WITH PREJUDICE.

Dated: May 3, 2017

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT